# United States District Court

## EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

V.

WARREN OTIS PATTERSON

**WARRANT FOR ARREST**

CASE NUMBER: CRIMINAL 07-273 "D" (4)



RECEIVED UNITED STATES MARSHAL 2007 JUL 27 PM 2:07 EASTERN DISTRICT OF LOUISIANA

FILED 2007 AUG -1 PM 3:41 LORETTA G. WHYTE CLERK EASTERN DISTRICT OF LA

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to **WARREN OTIS PATTERSON, 38388 Son Moore Road, Pearl River, LA 70452,** and bring him or her forthwith to the nearest magistrate judge to answer a(n)

(X) Indictment    ( ) Information    ( ) Complaint    ( ) Order of Court    ( ) Probation Violation Petition    ( ) Supervised Release Violation Petition    ( ) Violation Notice

charging him or her with Violation of the Federal Controlled Substances Act

in violation of Title 21 United States Code, Section(s) 846, 841(a)(1), 841(b)(1)(C)

| | |
|---|---|
| **LORETTA G. WHYTE** <br> Name of Issuing Officer | **CLERK** <br> Title of Issuing Officer |
| _____ <br> Signature of Issuing Officer <br> /s/ Monllon <br> (By) Deputy Clerk | **July 27, 2007   New Orleans, Louisiana** <br> Date and Location |

Bail fixed at $_____ by _____
Name of Judicial Officer

___ Fee _____
___ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No _____

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED <br> 7-27-07 | NAME AND TITLE OF ARRESTING OFFICER <br> Raymon K. from Dun | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST <br> 7-31-07 | | |

AO 442 (Rev. 5/93) Warrant for Arrest

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: _____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____   WEIGHT: _____

SEX: _____   RACE: _____

HAIR: _____   EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

_____

_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

_____

INVESTIGATIVE AGENCY AND ADDRESS: _____

_____

_____