FILED 08 APR 02 15:08 USDC-LAE

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**



**SUPERSEDING BILL OF INFORMATION FOR VIOLATION OF**
**THE FEDERAL CONTROLLED SUBSTANCES ACT**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL DOCKET NO.: 07-273** |
| v. | * | **SECTION: "D"** |
| **WARREN OTIS PATTERSON** | * | **VIOLATIONS:** 21 U.S.C. § 846 |
| | | 21 U.S.C. § 841(a)(1) |
| | * | 21 U.S.C. § 841(b)(1)(B)(ii) |

\*   \*   \*

The United States Attorney charges that:

### COUNT 1

Beginning on or about July 25, 2006, the exact date being unknown, and continuing to on or about February 19, 2007, in the Eastern District of Louisiana, the defendant, **WARREN OTIS PATTERSON**, did knowingly and intentionally combine, conspire, confederate, and agree with persons known and unknown to the United States Attorney to distribute and possess with the intent

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____

to distribute five hundred (500) grams or more of a mixture or substance containing a detectable amount of cocaine hydrochloride, a Schedule II narcotic drug controlled substance in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(ii); all in violation of Title 21, United States Code Section 846.

## NOTICE OF DRUG FORFEITURE

1. The allegations of Count 1 of this Superseding Bill of Information are realleged and incorporated by reference as though set forth fully herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 21, United States Code, Section 853.

2. As a result of the offenses alleged in Count 1, the defendant, **WARREN OTIS PATTERSON**, shall forfeit to the United States pursuant to Title 21, United States Code, Section 853, any and all property constituting or derived from any proceeds the defendants obtained directly or indirectly as a result of the said violations and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violations alleged in Count 1 of this Superseding Bill of Information.

3. If any of the property subject to forfeiture pursuant to Paragraph 2 of this Notice of Forfeiture, as a result of any act or omission of the defendant:

 a. cannot be located upon the exercise of due diligence;
 b. has been transferred or sold to, or deposited with, a third person;
 c. has been placed beyond the jurisdiction of the Court;
 d. has been substantially diminished in value; or
 e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

All in violation of Title 21, United States Code, Section 853.

_____
JIM LETTEN, # 8517
United States Attorney


_____
JAN MASELLI MANN, # 9020
First Assistant United States Attorney


_____
R. CHRISTOPHER COX III, # 26247
Assistant United States Attorney


New Orleans, Louisiana
April 2, 2008

No. 07-273 "D"

# United States District Court
## FOR THE
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

vs.

WARREN OTIS PATTERSON

SUPERSEDING BILL OF INFORMATION FOR VIOLATION OF THE FEDERAL CONTROLLED SUBSTANCES ACT

Violation(s): TITLE 21, UNITED STATES CODE, SECTIONS 846, 841(a)(1), and 841(b)(1)(B)(ii)

Filed _____, 20 08

_____, Clerk.

By _____, Deputy

*R. Christopher Cox III* (signature)

R. CHRISTOPHER COX III
Assistant United States Attorney