FILED '08 APR 02 15:08 USDC-LAE

O AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

_____EASTERN_____ DISTRICT OF ___LOUISIANA___

UNITED STATES OF AMERICA

V.

WARREN OTIS PATTERSON

WAIVER OF INDICTMENT

CASE NUMBER: 07-273 "D"

I, _____WARREN OTIS PATTERSON_____, the above named defendant, who is accused of violating the Federal Controlled Substances Act, specifically, by violating Title 21, United States Code, Sections 846, 841(a)(1) and 841(b)(1)(B)(ii),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _____April 2, 2008_____ prosecution by indictment and consent that the pro-
                        Date
ceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
       Judicial Officer

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____