MINUTE ENTRY
McNAMARA, J.
APRIL 2, 2008

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL DOCKET |
| VERSUS | NO. 07-273 |
| WARREN OTIS PATTERSON | SECTION "D" |

### JUDGE A. J. McNAMARA PRESIDING

**WEDNESDAY, APRIL 2, 2008 AT 2:30 PM**

COURTROOM DEPUTY:   Tanya Lee
COURT REPORTER:     Arlene Movahed

APPEARANCES:    Christopher Cox, III
                Arthur L. Harris, Sr.

**ARRAIGNMENT:**

Defendant present to enter a plea of Guilty to Count 1 of the Superseding Bill of Information.
Defendant informed of rights to an Indictment by Grand Jury and waives same. Waiver of Indictment signed.
Defendant is sworn and questioned by the Court.
Defendant informed of rights to trial by jury or the Court and waives same.
Superseding Bill of Information is read to the defendant by the Court.
Defendant is informed of the maximum penalties.
Defendant is informed of the sentence guidelines.
Defendant enters a plea of guilty.
Plea Bargain is disclosed to the Court and same is filed.
Government submits the factual basis and same is filed.
Plea accepted and defendant is ADJUDGED GUILTY on plea of guilty.
Pre-sentence investigation is ORDERED.
Sentencing set for Wednesday, July 23, 2008 at 11:30 p.m.
The pretrial conference and trial of this defendant are cancelled.
Defendant remanded.

JS:10 0:08