UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL DOCKET NO. 07-273 |
| v. | SECTION: "D", MAGISTRATE: 4 |
| WARREN OTIS PATTERSON | VIOLATIONS: 21 U.S.C. Sec. 841(a)(1) |
| | 21 U.S.C. Sec. 846 |
| | 21 U.S.C. Sec. 841 (b)(1)(c) |

### MOTION TO SET BOND

May It Please the Court:

**NOW INTO COURT** comes defendant, Warren Otis Patterson, through counsel, respectfully alleges:

**I.**

Upon initial appearance in this case, defendant, through counsel, waived setting of bail. This was because defendant was under the structures of a detainer issued in another, unrelated, case, and any bail either made or set would be moot.

**II.**

That matter has been resolved, and the detainer recalled; and defendant would now request a pretrial detention and bail hearing; if found eligible for pretrial release, defendant

1

would request same on the most reasonable terms afforded by the U.S. Constitution Art, VIII and

18 U.S.C. 3142 et seq.

### III.

Defendant therefore requests that the hearing contemplated and authorized by U.S.C. 18:3142 be held at the earliest convenience.

        Respectfully submitted,

        A.L. HARRIS, SR. & ASSOCIATES, LLC


        _s/Arthur L. Harris, Sr._
        ARTHUR L. HARRIS, SR. (Bar # 6608)
        3501 N. Causeway Blvd., Suite 345
        Metairie, LA  70002
        Phone: (504) 836-7445
        Cell:  (504) 583-3109
        Fax:  (504) 836-7411
        Attorney for Defendant

## CERTIFICATE OF SERVICE

The substance of this pleading has been served upon the office of the U.S. Attorney for the Eastern District of Louisiana by means of simultaneous electronic filing.

                                            __s/Arthur L. Harris, Sr._____
                                            ARTHUR L. HARRIS, SR.