U.S. DISTRICT COURT
Eastern District of Louisiana

FILED  NOV - 5 2008

LORETTA G. WHYTE
Clerk

IN THE UNITED STATES DISTRICT COURT FOR THE

Eastern DISTRICT OF Louisiana

_____ DIVISION

Motion under Title 18 U.S.C. §3582 (c) (2) and U.S. Sentencing Guidelines §1b1.10(c) for Reduction of Sentence Based on 2007 Guideline Amendment Nine Which Became Effective on November 1, 2007, and Caused a Two-Level Reduction In Base Offense Level for Cocaine Base

Warren O. Patterson,
                  Petitioner,

Vs.                                    Criminal Case No. 07-273 "D"

United States of America.

COMES NOW, the Petitioner, Warren O. Patterson, acting on his own behalf and REQUESTS this Honorable Court to use its discretion and GRANT him the relief provided in the 2007 Guideline Amendment Nine. Amendment Nine modified the drug quantity thresholds in the Drug Quantity Table so as to assign, for crack cocaine (cocaine base) offenses, base offense levels corresponding to guideline ranges that include the statutory minimum penalties.

Accordingly, pursuant to the amendment, 5 grams of cocaine base are assigned a base offense level of 24 (51 to 63 months at Criminal History Category of I, which includes the five-year {60 month} statutory minimum for such offenses), and 50 grams of cocaine base are assigned a base offense level of 30 (97 to 121 months at Criminal History Category I, which includes the ten-year {120 month} statutory minimum for such offense. The base offense levels for 5 grams and 50 grams of cocaine base were levels 26 and 32, respectively, before Amendment Nine. Cocaine base offenses for quantities above and below the mandatory minimum threshold quantities similarly are adjusted downward by two levels.

Based on the following information, Petitioner qualifies for the two level reduction in his sentence and REQUESTS that relief be granted:

TENDERED FOR FILING
NOV - 5 2008
U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

___ Fee_____
___ Process_____
_X_ Dktd_____
_X_ CtRmDep_____
___ Doc. No._____

1. Date of conviction (whether by guilty plea or trial) 07-23-08
2. Date of sentencing (the last time you were sentenced, if you were re-sentenced) 07-23-08
3. Did cocaine base alone cause your Base Offense Level (BOL) to be greater than level 12? If no, Amendment Nine does not apply to you. If "Yes" or "Don't know", proceed with this motion.
4. List the level that your sentence was based and the count related to the level.
   Level 26 for count(s) one
   Level ____ for count(s) ____
   Level ____ for count(s) ____
   (If you received more than one sentence and the sentences are different use additional lines)
5. What was your Criminal History Category? (Circle One)
   I   II   (III)   IV   V   VI
6. What was your sentencing rage and sentence before Amendment Nine?
   Sentencing range 57 to 71 months. I received a sentence of 66 months for count one. If applicable, write in any other sentences you received for cocaine base that is different from the sentence you listed.
7. What is yore offense level and sentencing range after a two-level reduction base on Amendment Nine?
   Level 24   Sentencing range ____   Count(s) one
   If more than one sentence that is different from the one above (drug sentences only).
   Level ____ Sentencing range ____ Count(s) ____
   Level ____ Sentencing range ____ Count(s) ____
8. Petitioner's projected release date at this time is 05-15-2012
   Petitioner respectfully requests to be sentenced at the bottom of his new sentencing range.

Respectfully submitted this 26 day of October, 2008.

Signature of Petitioner _Warren Patterson_
Typed Name of Petitioner Warren O. Patterson
Register Number 30274-034
Address of Petitioner Navajo-A Federal Correctional Institution P.O. Box 7007 Marianna, FL 32447-7007

Name: Warren Patterson
Reg. No.: 30374-034
Quarters: Navajo-A
Federal Correctional Institution
P.O. Box 7007
Marianna, FL 32447-7007

600 S. Maestri Place
New Orleans, LA 70130

Eastern Louisiana
District Court



RECEIVED
11-5-08
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
DEPUTY CLERK