LAED 247 (02/08)   Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| WARREN OTIS PATTERSON ) | Case No: 07-273 "D" |
| ) | USM No: 30274-034 |
| Date of Previous Judgment: 07/23/2008 ) | Arthur Harris |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of [✓] the defendant [ ] the Director of the Bureau of Prisons [ ] the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
[✓] **DENIED.**   [ ] **GRANTED** and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months **is reduced to** _____.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level: 23            Amended Offense Level: ***
Criminal History Category: III        Criminal History Category: ____
Previous Guideline Range: 60 to 71 months   Amended Guideline Range: ___ to ___ months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
[ ] The reduced sentence is within the amended guideline range.
[ ] The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
[ ] Other (explain):

**III. ADDITIONAL COMMENTS**
*** NOT ELIGIBLE. THE AMENDED GUIDELINES WERE CONSIDERED AT ORIGINAL SENTENCING; BUT, COCAINE HYDROCHLORIDE DROVE THE GUIDELINES.

Except as provided above, all provisions of the judgment dated 07/23/2008 shall remain in effect.
**IT IS SO ORDERED.**

Order Date:   12/08/2008

Effective Date:   12/22/2008
(if different from order date)

A.J. MCNAMARA, U.S. DISTRICT JUDGE
Printed name and title

___ Fee _____
___ Process _____
X   Dktd _____
___ CtRmDep _____
___ Doc. No.